AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alexander Stroup | ) | Case No. 4:22- |
| | ) | |
| | ) | FILED |
| | ) | WILLIAMSPORT |
| | ) | JAN 27 2022 |
| | ) | PER_____ |
| *Defendant(s)* | | DEPUTY CLERK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 21, 2021 to October 23, 2021  in the county of  Columbia  in the
 Middle  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Enticement of a minor |
| 18 U.S.C. 1470 | Transfer of obscene material to minors |
| 18 U.S.C. 2251(a) | Sexual exploitation of children |

This criminal complaint is based on these facts:
See Attachment A

☐ Continued on the attached sheet.

s/ Thomas Harris s/WIA
*Complainant's signature*
SA 20-9

Thomas Harris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence. via phone

Date: 01/27/22

*Judge's signature*

City and state:  Williamsport, Pennsylvania   Honorable William I. Arbuckle, Magistrate Judge
*Printed name and title*