UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ALEXANDER STROUP,

Defendant

4 : N.CR.22  053

(Judge JUDGE BRANN  )

# INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
WILLIAMSPORT
FEB 10 2022
PER
DEPUTY CLERK

## COUNT 1
18 U.S.C. § 2251(a) and (e)
(Attempted Production
of Child Pornography)

From or about October 21, 2021, through on or about October 23,

2021, in Columbia County, within the Middle District of Pennsylvania,

and elsewhere, the defendant,

**ALEXANDER STROUP,**

did attempt to use, employ, persuade, induce, and entice, a person under

the age of 18 to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, and knew and had reason

to know that such visual depiction would be transmitted using any

means and facility of interstate and foreign commerce and in and

affecting commerce by any means, including by computer and cell phone.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
18 U.S.C. 2422(b)
(Attempted Online
Enticement)

From on or about October 21, 2021, through on or about October 23, 2021, in Columbia County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### ALEXANDER STROUP,

did knowingly and intentionally attempt to use a facility of interstate and foreign commerce, namely the internet and via a cell phone, to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense (the production of child pornography, a violation of 18 U.S.C. § 2251(a) and the receipt of child pornography, a violation of 18 U.S.C. § 2252(a)(2)).

2

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
18 U.S.C. § 2252(a)(2) and (b)
(Receipt of Child Pornography)

From on or about October 21, 2021, through on or about October 23, 2021, in Columbia County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**ALEXANDER STROUP,**

knowingly attempted to receive any visual depiction that would be shipped or transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction would involve the use of a minor engaging in sexually explicit conduct and the visual depiction would be of such conduct,

All in violation of 18 U.S.C. § 2252(a)(2) and (b).

3

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
18 U.S.C. 2422(b)
(Attempted Transfer of Obscene
Matter to a Minor)

From on or about October 21, 2021, through on or about October

23, 2021, in Columbia County, within the Middle District of

Pennsylvania, and elsewhere, the defendant,

### ALEXANDER STROUP,

did, using a means and facility of interstate commerce, knowingly

attempt to transfer obscene matter to another individual who the

defendant believed had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

A TRUE BILL

FOREPERSON

2/10/2022
Date

JOHN C. GURGANUS
United States Attorney

GEORGE J. ROCKTASHEL
Assistant United States Attorney

4