# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00053 |
| | ) | |
| v. | ) | (BRANN, C.J.) |
| | ) | |
| ALEXANDER STROUP, | ) | |
| | ) | (ARBUCKLE, M.J.) |
| | ) | |
| Defendant | ) | |

Type of Case:

( ) Civil        (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **February 15, 2022** |
| Williamsport, PA 17701 | Time: **2:00 p.m.** |

TYPE OF PROCEEDING:        **Initial Appearance and Arraignment on Indictment**
                                                *(Defendant will appear via video)*

                                                Peter J. Welsh, Clerk of Court
                                                *s/Christine A. Williamson*
                                                Christine A. Williamson, Deputy Clerk

DATED:  February 11, 2022

To:     U.S. Attorney's Office – George J. Rocktashel
        Defendant – via defense counsel – Steven P. Trialonas
        U.S. Marshal
        Pretrial / Probation
        File